**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

July 14, 2020

**DALE A. WORRALL**

DIRECT:  585.419.8620
FAX:     585.419.8801
DWORRALL@HARRISBEACH.COM

**VIA NYSCEF**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

        RE:    CitiView Towne Crossing Shopping Center
                  v. Aissa Medical Resources L.P. and Dr. Ramin R. Samadi
                  Case No.: 6:20-CV-06002 EAW

Dear Judge Wolford:

      As you know, our firm represents Plaintiff CityView in the above action. On July 2, 2020, in compliance with your Decision and Order dated June 10, 2020, we filed a Fee Affidavit [ECF 28][1] detailing the fees and costs incurred by Plaintiff relating to the motion to transfer venue and motion for remand in the amount of $24,888.00 for attorneys' fees, $1,367.78 for costs, and $900.00 for preparing the Affidavit.

      It has been brought to our attention that we provided Plaintiff a courtesy discount in the amount of $2,105.50 for some of the same work. Attached is a service summary of Invoice 2356348 showing that discount. It was an oversight on our part not to include this discount in our attorney fee calculation. As a result, the amount of attorneys' fees actually charged our client is $22,782.50, not $24,888.00. Our client's costs in the sum of $1,367.78 and $900.00 for preparing the Affidavit remain unchanged. We apologize for any inconvenience this mistake may have caused.

      Also, we respectfully request that the Court's Order make clear that Guarantor, Dr. Ramin Samadi, is jointly and severally liable for the above fees and costs. For the Court's convenience, an additional copy of Dr. Samadi's 2008 Guaranty is attached. As the Court will see, paragraph (g) of that Guaranty clearly provides that Dr. Samadi's "liability shall be primary and joint and several with that of Tenant."

---

[1] Capitalized terms not defined herein are defined in the Fee Affidavit.

Hon. Elizabeth A. Wolford
July 14, 2020
Page 2

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

Thank you.

                                                       Respectfully yours,

                                                       HARRIS BEACH PLLC

                                                       Dale A. Worrall

DAW:bdr

cc:    Sean C. McPhee, Esq.

Attachments

308245\4814-5432-9539\ v1