# HARRIS BEACH PLLC
ATTORNEYS AT LAW

July 23, 2020

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

**DALE A. WORRALL**

DIRECT: 585.419.8620
FAX:    585.419.8801
DWORRALL@HARRISBEACH.COM

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

RE: <u>CitiView Towne Crossing Shopping Center
     v. Aissa Medical Resources L.P. and Dr. Ramin R. Samadi</u>
     Case No.: 6:20-CV-06002 EAW

Dear Judge Wolford:

Our firm represents Plaintiff CityView in the above action. On July 2, 2020, in compliance with your Decision and Order dated June 10, 2020, we filed a Fee Affidavit [ECF 28] detailing the fees and costs incurred by Plaintiff relating to the motion to transfer venue and motion for remand.

The parties jointly and respectfully request that the Court hold any decision on CityView's attorneys' fees for at least seven (7) days. The parties are close to resolving this matter – including the issue of attorneys' fees – in State Supreme Court. If that happens, CityView will then withdraw its application for attorneys' fees in this Court.

We truly appreciate the Court's courtesies. Thank you.

Respectfully yours,

HARRIS BEACH PLLC

Dale A. Worrall

DAW:htc

cc: Sean C. McPhee, Esq.

308245\4852-5707-8468\ v1